UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| THE GALLEY, LLC, *et al.*, | | Case No. 3:20-cv-00148-LRH-CLB |
| | Plaintiffs, | |
| | | ORDER |
| v. | | |
| PARUL SAXENA, *et al.*, | | |
| | Defendants. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carla L. Baldwin (ECF No. 23) entered on June 30, 2020, recommending that this case be dismissed without prejudice for lack of subject matter jurisdiction; that defendants' Motion to Dismiss (ECF No. 12) entered on May 14, 2020, be denied as moot; that plaintiff's Motion for Leave to File Supplemental Authority (ECF No. 17) entered on May 21, 2020, be denied as moot; and that judgment be entered in this matter. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 23) entered on June 30, 2020, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 23) entered on June 30, 2020, is **ADOPTED AND ACCEPTED**, and defendants' Motion to Dismiss (ECF No. 12) is **DENIED as moot**.

IT IS FURTHER ORDERED that plaintiffs' Motion for Leave to File Supplemental Authority (ECF No. 17) is **DENIED as moot**.

IT IS FURTHER ORDERED that this case is **DISMISSED, without prejudice**, for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that the Clerk of Court shall **ENTER JUDGMENT** accordingly.

IT IS SO ORDERED.

DATED this 20th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE